SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Peter Cepeda Defendant(s).
---------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20mj10065

Defendant __Peter Cepeda__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

DOC # 3

/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Peter Cepeda
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Howard Greenberg Esq,
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/23/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge